UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARRIME L. STRATTON,

                                    Plaintiff,

            -against-                                25-cv-10519 (LTS)

                                                     CIVIL JUDGMENT

COUNSELOR SCOTT; D.O.C.C.,

                                    Defendants.

        For the reasons stated in the June 23, 2026, order, the Court dismisses the

amended complaint as barred by the Eleventh Amendment and for failure to state a claim

on which relief may be granted. See 28 U.S.C. § 1915(e)(2)(B)(ii), (iii).

        The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

  SO ORDERED.

  Dated:    June 24, 2026
            New York, New York


                                    /s/ Laura Taylor Swain
                                      LAURA TAYLOR SWAIN
                                    Chief United States District Judge